UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| BROOKS, JACK A. | § | Case No. 07-05099 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/14/2010 in Courtroom 619,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: <u>Kenneth S. Gardner</u>
                                        Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § §
BROOKS, JACK A. § Case No. 07-05099
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 32,032.52 |
| *and approved disbursements of* | $ | 50.51 |
| *leaving a balance on hand of*[1] | $ | 31,982.01 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Phillip D. Levey | $ 3,953.25 | $ 25.53 |
| Attorney for trustee: Phillip D. Levey | $ 3,071.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,563.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | W. L. Engler Distributing, Inc | $ 14,749.33 | $ 3,000.36 |
| 000002 | Pluymert, Piercey, MacDonald | $ 8,904.00 | $ 1,811.28 |
| 000003 | LP 316, LLC | $ 98,910.00 | $ 20,120.59 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Kenneth S. Gardner
Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pgordon                 Page 1 of 1                  Date Rcvd: Dec 10, 2009
Case: 07-05099                Form ID: pdf006               Total Noticed: 22
```

The following entities were noticed by first class mail on Dec 12, 2009.
```
db           +Jack A. Brooks,    358 Amherst,   Des Plaines, IL 60016-2141
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
11254199     +DaimlerChrysler Financial Services Americas, LLC,    c/o Riezman Berger, P C,
               7700 Bonhomme Ave, 7th Floor,    St Louis, MO 63105-1960
11254200      GMAC,   PO Box 51014,    Carol Stream, IL 60197
11296503     +Harris Bank,    c/o Chapman & Cutler, LLP,    111 W. Monroe St.,    Chicago, IL 60603-4095
11254201     +Harris Bank,    3800 Golf Rd., Ste. 300,    Rolling Meadows, IL 60008-4005
11254203     +Harris Bank,    Box 6201,   Carol Stream, IL 60197-6201
11937143     +LP 316, LLC,    Scott R. Bozik-Williams Bax et al,    20 N. Wacker Dr, Ste 3230,
               Chicago, IL 60606-3102
11937144     +LP 319, LLC,    c/o Scott R Bozik-Williams, Bax etal,    20 N. Wacker Dr, Ste 3230,
               Chicago, IL 60606-3102
11346159     +Michelle G. Novick,    Fagel/Haber, LLC,    55 E. Monroe St, 40th FL,    Chicago, IL 60603-5713
11254205     +Nancy S. Brooks,    358 Amherst,   Des Plaines, IL 60016-2141
11937145     +Park Shore ML, LLC,    c/o Scott R. Bozik-Williams, Bax etal,    20 N. Wacker Dr, Ste 3230,
               Chicago, IL 60606-3102
11254209      Sprint,   Box 650270,    Dallas, TX 75265
11254210      Thomas J. Samaras c/o Pluymert,,    Piercey, MacDonald & Amato, LTD.,
               2300 Barrington Rd. Suite 220,    Hoffman Estates, IL 60169-2034
11937146      Thomas Samaras,    20 W. 455 Nordic,    Itasca, IL  60143
11296504     +Thomas Samaras,    c/o Timothy Klein, Esq,    290 Springfield Dr, Ste 220,
               2006 CH 1327, IL 60108-2293
11296505     +Tom Hargrove of,    Pluymert, Piercey, MacDonald,  & Amato, Ltd,    2300 Barrington Rd, Ste 220,
               Hoffman Estates, IL 60169-2034
11296506     +W. J. Engler,    c/o Paul F. O'Keefe, PC,    One E. Wacker Dr, Ste 2520,    Chicago, IL 60601-2073
11254211     +W. J. Engler    c/o Pluymert,,    Piercey, MacDonald & Amato, Ltd.,    2300 Barrington Rd. Suite 220,
               Schaumburg, IL 60169-2034
11942799     +W. L. Engler Distributing, Inc,    c/o Paul F. O'Keefe PC,    One E. Wacker Dr, Ste 2520,
               Chicago, IL 60601-2073
The following entities were noticed by electronic transmission on Dec 10, 2009.
11254204     +E-mail/PDF: cr-bankruptcy@kohls.com Dec 10 2009 23:58:47     Kohls,   PO Box 3043,
               Milwaukee, WI 53201-3043
                                                                                              TOTAL: 1
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11254207      Park Shore
11254208      Precision Temp, Inc.
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
11254202*    +Harris Bank,    3800 Golf Rd., Ste.300,    Rolling Meadows, IL 60008-4005
11254206*    +Nancy S. Brooks,    358 Amherst,   Des Plaines, IL 60016-2141
                                                                                             TOTALS: 2, * 4
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2009                    Signature:    *[signature: Joseph Speetjens]*