UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BROOKS, JACK A. § Case No. 07-05099
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LP 316, LLC | | | | | |
| PLUYMERT, PIERCEY, MACDONALD | | | | | |
| W. L. ENGLER DISTRIBUTING, INC | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-05099 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | BROOKS, JACK A. | | | | Date Filed (f) or Converted (c): | 03/22/07 (f) |
| | | | | | 341(a) Meeting Date: | 04/24/07 |
| For Period Ending: | 05/01/10 | | | | Claims Bar Date: | 02/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE: 358 AMHERST, DESPLAINES, IL | 450,000.00 | 0.00 | | 32,000.00 | FA |
| 2. 1/2 INTEREST IN CHECKING W/AMERICAN UNITED HELD JO | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 1/2 INTEREST IN HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4. MISC. WEARING APPAREL | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. MISC. JEWELRY | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. WHOLELIFE POLICY W/COUNTRY MUTUAL (WIFE IS BENEFIC | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7. IRA | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2004 CHEVY SUBURBAN | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 CHRYSLER 300 C | 24,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 33.67 | Unknown |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | $571,150.00 | $0.00 | | $32,033.67 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/08     Current Projected Date of Final Report (TFR): 07/31/09

LFORM1                                                                                                       Ver: 15.08

**UST Form 101-7-TDR (9/1/2009)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-05099 -JPC | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | BROOKS, JACK A. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3098 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9043 | | | |
| For Period Ending: | 05/01/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/08 | 1 | Nancy Brooks | Sale of Real Estate | 1110-000 | 32,000.00 | | 32,000.00 |
| 05/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 2.07 | | 32,002.07 |
| 06/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.94 | | 32,006.01 |
| 07/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 4.07 | | 32,010.08 |
| 08/29/08 | 10 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 4.06 | | 32,014.14 |
| 09/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.94 | | 32,018.08 |
| 10/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 3.11 | | 32,021.19 |
| 11/28/08 | 10 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 2.62 | | 32,023.81 |
| 12/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.61 | | 32,025.42 |
| 01/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 32,025.68 |
| 02/27/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 32,025.93 |
| 03/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.28 | | 32,026.21 |
| 04/19/09 | 000101 | INTERNATIONAL SURETIES, LTD. | TRUSTEE'S BOND | 2300-000 | | 50.51 | 31,975.70 |
| | | 701 POYDRAS STREET | BOND NUMBER 016026455 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.70 | | 31,976.40 |
| 05/29/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.81 | | 31,977.21 |
| 06/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,978.00 |
| 07/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.81 | | 31,978.81 |
| 08/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.81 | | 31,979.62 |
| 09/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,980.41 |
| 10/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.81 | | 31,981.22 |
| 11/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.79 | | 31,982.01 |
| 12/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.81 | | 31,982.82 |
| 01/14/10 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 31,983.16 |
| 01/14/10 | | Transfer to Acct #*******3506 | Final Posting Transfer | 9999-000 | | 31,983.16 | 0.00 |

Page Subtotals 32,033.67 32,033.67

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 7)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 07-05099 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BROOKS, JACK A. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3098 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9043 | | | |
| For Period Ending: | 05/01/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 32,033.67 | 32,033.67 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 31,983.16 | |
| | | | Subtotal | | 32,033.67 | 50.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 32,033.67 | 50.51 | |

Page Subtotals  0.00  0.00

Ver: 15.08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 07-05099 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | BROOKS, JACK A. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3506 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9043 | | | |
| For Period Ending: | 05/01/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/10 | | Transfer from Acct #*******3098 | Transfer In From MMA Account | 9999-000 | 31,983.16 | | 31,983.16 |
| 01/14/10 | 000101 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,953.37 | 28,029.79 |
| 01/14/10 | 000102 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 25.53 | 28,004.26 |
| 01/14/10 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,071.00 | 24,933.26 |
| 01/14/10 | 000104 | W. L. Engler Distributing, Inc c/o Paul F. O"Keefe PC One E. Wacker Dr, Ste 2520 Chicago, IL 60601 | Claim 000001, Payment 20.34316% | 7100-000 | | 3,000.48 | 21,932.78 |
| 01/14/10 | 000105 | Pluymert, Piercey, MacDonald & Amato, Ltd Attn: Tom Hargrove 2300 Barrington Rd, Ste 220 Hoffman Estates, IL 60169 | Claim 000002, Payment 20.34322% | 7100-000 | | 1,811.36 | 20,121.42 |
| 01/14/10 | 000106 | LP 316, LLC Scott R. Bozik-Williams Bax et al 20 N. Wacker Dr, Ste 3230 Chicago, IL 60606 | Claim 000003, Payment 20.34316% | 7100-000 | | 20,121.42 | 0.00 |

Page Subtotals     31,983.16     31,983.16

Ver: 15.08

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-05099 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BROOKS, JACK A. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******3506 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9043 |  |  |
| For Period Ending: | 05/01/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 31,983.16 | 31,983.16 | 0.00 |
|  |  |  | Less:  Bank Transfers/CD's |  | 31,983.16 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 31,983.16 |  |
|  |  |  | Less:  Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 0.00 | 31,983.16 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market Account (Interest Earn - *******3098 | 32,033.67 | 50.51 | 0.00 |
| Checking Account (Non-Interest Earn - *******3506 | 0.00 | 31,983.16 | 0.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 32,033.67 | 32,033.67 | 0.00 |
|  | ============== | ============== | ============== |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*